IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY LAROSE, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>NEW YORK LIFE INSURANCE )<br>COMPANY, MERCER HEALTH & )<br>BENEFITS ADMINISTRATION LLC, )<br>and HONG DAI LAROSE, )<br>)<br>   Defendants. ) | No.: 1:17-cv-8537 |

## NOTICE OF FILING

To:  Mr. Christopher A. White
   White, Scott & White
   21 North Skokie Highway
   Suite 201
   Lake Bluff, Illinois 60044

  **PLEASE TAKE NOTICE THAT** on the **27th day of November, 2017,** we e-filed with the Clerk of the United States District Court for the Northern District of Illinois, **Defendant, New York Life Insurance Company's Notice of Removal, Appearance and Rule 7.1 Statement,** copies of which we attach hereto and serve upon you herewith.

/s/Heather D. Erickson
Heather D. Erickson (#6269711)
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Defendant,
NEW YORK LIFE INSURANCE COMPANY
333 West Wacker Drive, #500
Chicago, Illinois 60606
(312) 641-1555

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System and a copy of the foregoing was served via regular mail to the above-listed attorney by depositing a copy of the same in the U.S. Mail at 333 West Wacker Drive, Chicago, Illinois at or before 5:00 p.m., on November 27, 2017, with proper postage prepaid, and that this statement as set forth is true and correct.

                  /s/Heather D. Erickson